UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

-against-

TRACY MAY,

                Defendant,

PRUDENTIAL RAND REALTY,

                Garnishee.
---------------------------------------------------X

Civil Action No.:
CV-08-552 (RJD)

STIPULATION
OF SETTLEMENT

WHEREAS, a Judgment was entered in the above action, against the Defendant, Tracey May, on June 16, 2008, in the sum of $21,771.67; and

WHEREAS, a Writ of Continuing Garnishment was entered by this Court on November 20, 2008; and

WHEREAS, the balance due and unpaid by Defendant under the judgment herein presently stands in the amount of $23,897.17, on which interest continues to accrue; and

WHEREAS, the parties wish to settle this garnishment proceeding on the following terms and conditions.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the respective parties hereto, as follows:

1.     Defendant accepts service of the Application for Writ of Garnishment, Writ of Continuing Garnishment, and Instructions to Debtor.

2.     The Garnishee shall pay the sum of $1,000.00 from Defendant's first commission check that is currently being held by the garnishee, in reduction of the

judgment balance due and promptly remit said sums, payable to the Department of Justice, to: U.S. Department of Justice, Nationwide Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179, and annotated with the name of Debtor and CDCS Number: 2008A19483.

3. Commencing May 7, 2012, and continuing thereafter until the Judgment is satisfied in full, Garnishee shall deduct only fifteen (15%) percent of all commissions due to Defendant, Tracey May, and promptly remit said sums in the same manner as set forth above.

4. Garnishee may remit all other sums earned by Defendant directly to the Defendant, without other or further court order.

5. Garnishee agrees to notify Plaintiff in the event Defendant becomes employed elsewhere, and Defendant agrees to provide Plaintiff with proof of her new employment and income.

6. This stipulation may not be modified unless by a writing signed by all parties.

Dated: Brooklyn, New York
       MAY 9, 2012

MICHAEL T. SUCHER, ESQ.
Attorney for Plaintiff
26 Court Street, Suite 2412
Brooklyn, New York 11242
Tel. (718) 522-1995

Better Homes and Gardens
Real Estate, Rand Realty
10 Schriever Lane
New City, New York 10956
By:

Tracey May
Defendant In Person
25 Normandy Road
Yonkers, New York 10701
Tel. (914) 843-4350

So Ordered:

s/ Judge Raymond J. Dearie

Hon. Raymond J. Dearie
United States Senior Judge